```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x
                                        :
UNITED STATES OF AMERICA
                                        :   GOVERNMENT'S
          - v. -                            FORFEITURE BILL OF
                                        :   PARTICULARS
MAROUN SAADE, et al.,
                                        :   S1 11 Cr. 111 (NRB)

              Defendants.               :

- - - - - - - - - - - - - - - - - - - -x
```

Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses alleged in Counts Four and Five of the Indictment, as alleged in the Indictment's Forfeiture Allegations, includes all of the defendants' right, title, and interest in the following:

**Property seized from Alwar Pouryan in Romania:**

    a.    One 14kt. yellow and white gold diamond pave ring;

    b.    One 18kt. yellow gold diamond ring;

    c.    One 18kt. yellow gold single diamond ring;

    d.    One 18kt. yellow gold diamond and onyx ring;

    e.    One 14kt. yellow gold, modified marine link chain bracelet;

    f.    One 21kt. yellow gold Damascus chain necklace with an 18kt. yellow gold "Kneeling King" pendant;

    g.    One gold-plated stainless steel Roberto Cavalli chronograph wristwatch;

    h.    One 18kt. yellow gold cased Longines wristwatch;

    i.    One two-tone stainless steel Guess wristwatch;

    j.    One stainless steel Omorfia chronograph wristwatch;

    k.    One stainless steel Puma wristwatch;

    l.    One yellow plated stainless steel Rovina wristwatch;

m.  One stainless steel and yellow gold plated "Omega Constellation" wristwatch;

n.  One 14kt. yellow gold black onyx signet ring;

o.  One 14kt. white gold and onyx ring;

p.  One 14kt. white gold squared onyx Damiani ring;

q.  One 18kt. yellow and gold beveled Italian link chain with an 18kt. yellow gold filigree capped tiger claw pendant;

r.  One 18 kt. white gold, Favre-Leuba wristwatch;

s.  One stainless steel Rovina wristwatch;

t.  One imitation Longines wristwatch;

u.  One stainless steel cased Rovina wristwatch;

v.  One Gucci quartz wristwatch;

w.  One 18 kt. yellow gold "Omega Constellation" wristwatch;

x.  One TX Technoluxury wristwatch;

y.  One Vertu Ascent Ti cell phone, Type RM-267V, IMEI # 354101000061258;

**Currency Seized from Alwar Pouryan and Oded Orbach in Romania:**

a.  Approximately $11,250.00 in United States currency seized from Alwar Pouryan;

b.  Approximately $1596.00 in United States currency seized from Oded Orbach;

**Items Seized from Alwar Pouryan's Safe Deposit Boxes:**

a.  One 18kt. yellow gold flat filed curb link chain bracelet;

b.   One 14kt. yellow gold twisted chain link bracelet;

c.   One 22kt. yellow gold tapered chain bracelet;

d.   One 18kt. yellow gold diamond cut rope chain with rhodium finished faceting;

e.   One 10kt. yellow gold twisted chain link necklace;

f.   One 22kt. yellow gold, silver and diamond necklace;

g.   One 22kt. yellow gold necklace;

h.   One 18kt. tri-colored gold Geneve wristwatch;

i.   One 21kt. yellow gold, sardonyx ring;

j.   One 9kt. yellow gold cubic zirconia ring;

k.   One 22kt. yellow gold, silver and diamond ring;

l.   One 22kt. yellow gold ring;

m.   One pair of 22kt. yellow gold, silver and diamond earrings;

n.   One pair of 14kt. pink gold and cubic zirconia earrings;

o.   One pair of 22K yellow gold drop earrings;

p.   One sterling silver and turquois pendant;

q.   One 21 Kt. yellow gold "Allah" pendant;

r.   One 20 gram gold heart pendant by ARY;

s.   One 21 kt. yellow gold open heart motif pendant set with twenty-five 2.5 mm round cut brown cubic zirconia;

t.   One 21kt. yellow gold hinged bangle bracelet;

u.   One 22kt. yellow gold hinged bangle bracelet;

v.   One 21kt. yellow gold hinged bangle bracelet;

w.   One 22kt. yellow gold hinged bangle bracelet;

x.  One 21kt. yellow gold hinged bangle bracelet;

y.  One 21kt. yellow gold hinged bangle bracelet;

z.  One 21kt. yellow gold hinged bangle bracelet;

aa. One 21kt. yellow gold hinged bangle bracelet;

bb. One 21kt. yellow gold hinged bangle bracelet;

cc. One 10 gram fine gold ingot pendant by TAYER, with a free swinging bail;

dd. One 22kt. yellow gold, Turkish 500 Kurush coin pendant;

ee. One 10 gram fine gold ingot pendant by PAMP, with a free swinging bail;

ff. One pair of matching 22kt. yellow gold, 250 Turkish Kurush coin motif pendants;

gg. One 5 gram fine gold Jordan wafer ingot in an 18kt. yellow gold pendant frame with a free swinging bail;

hh. One 22kt. yellow gold, Turkish 250 Kurush coin motif pendant;

ii. One 18kt. yellow gold framed, 5 gram fine PAMP Suisse ingot pendant;

jj. One 10 gram fine gold USB wafer pendant with a soldered jump ring bail;

kk. One 50 gram fine gold wafer by Heraeus;

ll. One 10 gram fine gold ingot/pendant sealed on a PAMP Suisse certificate number 461803;

mm. One 15.65 gram 999 fine gold ingot/pendant sealed on a PAMP Suisse certificate number 099872;

nn. One 10 gram fine gold wafer by Heraeus, in plastic;

oo. One 20 gram fine gold wafer by Heraeus, in plastic;

    pp.    One 50 gram fine gold wafer by Heraeus, in plastic;

    qq.    One 10 gram, fine gold wafer sealed on USB certificate number 008153;

    rr.    One 10 gram, fine gold wafer sealed on USB certificate number 003243;

    ss.    One 10 gram, fine gold wafer sealed on USB certificate number 008155;

    tt.    One 10 gram, fine gold wafer sealed on USB certificate number 003433;

    uu.    One 10 gram, fine gold wafer sealed on USB certificate number 003436;

    vv.    One 10 gram, fine gold wafer sealed on USB certificate number 003440;

    ww.    One 10 gram, fine gold wafer sealed on USB certificate number 008160;

**Currency Seized from Alwar Pouryan's Safe Deposit Boxes:**

    a.    Approximately $2,581.29 worth of Iraqi currency.

    Respectfully Submitted,

    PREET BHARARA
    United States Attorney

By:    /s/ Christian R. Everdell
    Aimee Hector
    Christian R. Everdell
    Glen A. Kopp
    Assistant United States Attorneys
    Telephone: (212)637-2203/2556/2210