```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
:
UNITED STATES OF AMERICA         :     ORDER PURSUANT TO
                                 :     21 U.S.C. § 853(e)(1)
    - v. -                       :
                                 :     S1 11 Cr. 111 (NRB)
MAROUN SAADE, et al.,            :
                                 :
        Defendants.              :
- - - - - - - - - - - - - - - - - - -x

WHEREAS, the Government has moved for an Order authorizing the Government and its agencies to maintain custody of the property described below pending the conclusion of the above-referenced criminal case:

**Property seized from Alwar Pouryan:**

a. One 14kt. yellow and white gold diamond pave ring;

b. One 18kt. yellow gold diamond ring;

c. One 18kt. yellow gold single diamond ring;

d. One 18kt. yellow gold diamond and onyx ring;

e. One 14kt. yellow gold, modified marine link chain bracelet;

f. One 21kt. yellow gold Damascus chain necklace with an 18kt. yellow gold "Kneeling King" pendant;

g. One gold-plated stainless steel Roberto Cavalli chronograph wristwatch;

h. One 18kt. yellow gold cased Longines wristwatch;

I. One two-tone stainless steel Guess

wristwatch;

j. One stainless steel Omorfia chronograph wristwatch;

k. One stainless steel Puma wristwatch;

l. One yellow plated stainless steel Rovina wristwatch;

m. One stainless steel and yellow gold plated "Omega Constellation" wristwatch;

n. One 14kt. yellow gold black onyx signet ring;

o. One 14kt. white gold and onyx ring;

p. One 14kt. white gold squared onyx Damiani ring;

q. One 18kt. yellow and gold beveled Italian link chain with an 18kt. yellow gold filigree capped tiger claw pendant;

r. One 18 kt. white gold, Favre-Leuba wristwatch;

s. One stainless steel Rovina wristwatch;

t. One imitation Longines wristwatch;

u. One stainless steel cased Rovina wristwatch;

v. One Gucci quartz wristwatch;

w. One 18 kt. yellow gold "Omega Constellation" wristwatch;

x. One TX Technoluxury wristwatch;

y. One Vertu Ascent Ti cell phone, Type RM-267V, IMEI # 354101000061258;

**Currency Seized from Alwar Pouryan and Oded Orbach**

z.  $11,250.00 in United States currency seized from Alwar Pouryan;

aa. $1596.00 in United States currency seized from Oded Orbach;

(collectively, the "Seized Assets");

WHEREAS, the Seized Assets are already in the lawful custody of the Government;

WHEREAS, the Government has represented to the Court that it will maintain and preserve the Seized Assets throughout the pending criminal case so that it will be available for forfeiture;

WHEREAS, the Seized Assets are alleged to be forfeitable to the United States as property of individuals engaged in Federal crimes of terrorism, to Title 18, United States Code, Section 981(a)(1)(G)(i); and Title 28, United States Code, Section § 2461;

WHEREAS, Section 853(e)(1) of Title 21, United States Code, authorizes the Court to take any action necessary to preserve the availability of property for forfeiture;

IT IS HEREBY ORDERED, that the United States and its agencies, including the United States Drug Enforcement Administration are authorized to maintain and preserve the Seized Assets until the conclusion of the instant criminal case, pending further Order of this Court,

Dated:   New York, New York
         August 26, 2011

SO ORDERED:

_____
THE HONORABLE NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK