BH' With G-d Grace.

RECEIVED
SDNY PRO SE OFFICE
2017 JAN 24 PM 4: 12

ODED ORBACH, #65031-054
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
OAKDALE, LA 71463

January 17, 2017

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: Case No.  11-cr-111-NRB
    Civil No. 16-civ-7932-NRB

Dear Clerk of Court,

Enclosed please find a copy of a letter to Special Agent Brent Ward for the above referenced case. Please file in the normal manner and send to me a stamped copy at the above address. Thank you in advance for your time and cooperation in this matter.


Respectfully,

_____

Oded Orbach

BH' With G-d Grace.

RECEIVED
SDNY PRO SE OFFICE
2017 JAN 24 PM 4: 12

ODED ORBACH, #65031-054
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 5000
OAKDALE, LA 71463

January 17, 2017

Special Agent Brent Ward
United States Department of Justice
Drug Enforcement Administration
SOD OSNA
14560 Avion Parkway
Chantilly, VA 20151

Reference Number: AD-10-0018

Dear Mr. Wood,

Please be advised that to date I have not received any communication from your office since September 9, 2016.

On September 9, 2016 you sent to me a letter stating your office was currently in possession of property that I needed to claim or it was going to be detroyed. I wrote a letter to you that this property was part of an ongoing investigation and your office was not to destroy this property.

This letter was to give your office notice of my intent and that this property would be needed in my court case to prove my innocence.

Please send this property to the United States District Court, Southern District of New York, Attn: Judge Buchwald. Please forward to me the shipping receipt and when this took place. Thank you for your time, cooperation and understanding in this matter.

Respectfully,

_Oded Orbach_
Oded Orbach

cc: United States District Court, Southern District of New York



Oded Orbach, #65031-054
Federal Correctional Institution 1
P.O. Box 5000
Oakdale, LA 71463

***** LEGAL MAIL *****

⇔65031-054⇔
Clerk Of The Court
500 Pearl ST
United States Dist. Court
NEW YORK, NY 10007
United States

SHREVEPORT LA 710
20 JAN 2017 PM 1 L

2017 JAN 24   PM 4:12
UNITED STATES
SDNY PRO SE OFFICE

***** LEGAL MAIL *****