BH' With G-d Grace

ODED ORBACH, #65031-054
FEDERAL CORRECTIONAL INSTITUTION 1
P.O. BOX 5000
OAKDALE, LA 71463

April 13, 2017

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE:  Case No(s)  16-civ-7932 (NRB)
                 11-cr-111 (NRB)

Dear Clerk of Court,

    Enclosed please find an Affidavit of Pertinent Facts for the above referenced case numbers. Please add this to the Petitioner's Reply to the Government's Response. Thank you in advance for your time and cooperation in this matter.

Respectfully,

_____
Oded Orbach

cc: AUSA.

BH' With G-d Grace

## ODED ORBACH'S
## AFFIDAVIT
## OF
## PERTINENT FACTS

I, Oded Orbach, Social Security Number 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, B.O.P. Number 65031-054, an American Citizen and an Israeli Citizen, with the address of Oakdale Federal Correctional Institution 1, P.O. Box 5000, Oakdale, LA 71463, do hereby make the following statement of facts without influence, pressure, or coercion and under my free will.

I, Oded Orbach, attest under the penalty of perjury that the following statement of facts is true and correct. This statement of facts is an unsworn declaration pursuant to Title 28 U.S.C. § 1746.

Mr. Orbach attests to:

1) Since December 1997, I have been under orders of an "authoritative body" after my father's death.

2) These orders were to assist in any way possible the governments of the United States and Israel in their fight against terrorism.

3) Before I was arrested in Romania I had uncovered an illegal money laundering scheme operated by the DEA.

4) The DEA was using the illegal money to provide weapons to kill American, British and Israeli Citizens around the world.

5) The DEA was linked to the Iranian Revolutionary Guard. (These names are on the requested external hard drives, computers and servers.)

BH' With G-d Grace

6) Agencies I assisted include Israeli Shin-Beit or GSS, Israeli Mosad, FBI, IRS, U.S. Treasury Department and the U.S. State Department.

7) The Obama Administration shut down the operation after the DEA was exposed.

8) My involvement with the U.S. State Department was to assist in building relationships in Central Asia for the United States, during Secretary Colin Powel and Richard Armitage's time in office.

9) Since the murder by Hezzballah of Yael Orbach, my brother's daughter, these contacts helped in my personal duty to my family.

10) The obtaining of prices for weapons and posing as a weapons' dealer was a ruse to flush out Puryan, who was married to the daughter of the second in command in Hezzballah.

11) I had many legitimate companies and used my own money to finance this duty to my family and country.

12) I have received no money for weapons and weapons were never ordered, delivered or scheduled with any manufacturer.

13) My assignment was to bring light upon all persons and organizations linked to Islamic Jihad connected to the Iranian Revolutionary Guard.

14) I was able to operate because I was simply myself. I got close to many leaders upto and including the President of Iran and top Iranian Revolutionary Guardsmen (IRGs) Jerusalem Brigade's "Quds Force".

BH' With G-d Grace

15) I have never been in Africa and never knew any of my alleged co-defendants except Puryan.

16) Puryan was linked to very powerful people. This assisted him to keep the money flowing to his father-in-law. Puryan was known as the "American Banker".

17) I was introduced to Puryan by Mr. Jewad of the old Sadam Husin dictatorship. The record is on cell number 847-736-5681.

18) Many United States Agencies would be very unhappy if what I discovered would become public. These agencies do not have clean hands, with the DEA being the worst.

19) These agencies claimed to understand my sugar company. It is clear from their statements that they did not do their homework.

By my hand I attest that the foregoing statement and affidavit is true and correct.

_____  4/13/2017

Oded Orbach

Oded Orbach, #65031-054
Federal Correctional Institution
P.O. Box 5000
Oakdale, LA 71463

⇔65031-054⇔
Oded Orbach
65031-054
Federal Correctional Institution
P.O Box 5000
Oakdale, LA 71463
United States

⇔65031-054⇔
Clerk Of The Court
500 Pearl ST
United States Dist. Court
NEW YORK, NY 10007
United States

Clerk of Court
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RECEIVED
APR 17 2017
CLERK'S OFFICE
S.D.N.Y.

***** LEGAL MAIL *****